

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; Stephens & Myers, LLP; and Chester Carroll,

\* From the 32nd District Court of Fisher County Trial Court No. DC-2013-0016.

Vs. No. 11-16-00177-CV

\* June 28, 2019

Three Finger Black Shale Partnership; Trek Resources, Inc.; Tiburon Land & Cattle, L.P.; L.W. Hunt Resources, LLC; and Richard Raughton,

\* Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J., Willson, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

—and—

L.W. Hunt Resources, LLC and Richard Raughton, individually and as successor in interest of Arapaho Energy, LLC,

Vs. No. 11-16-00177-CV

Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; Stephens & Myers, LLP; and Chester Carroll,

Both the opinion and judgment of this court dated December 31, 2018, and entered in the minutes of this court at Volume 41 are withdrawn. The opinion and judgment of this court dated June 28, 2019, are substituted therefor.

This court has inspected the record in this cause and concludes that there is error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and rendered in part and affirmed in part, and the cause is remanded to the trial court.  We reverse the portions of the trial court's judgment in favor of Three Finger Black Shale Partnership and render judgment that Three Finger take nothing in this lawsuit.  We also reverse those portions of the trial court's judgment by which the trial court awarded any relief to Hunt Resources, LLC or Richard Raughton that is based upon the existence of any partnership, and we render judgment that Hunt Resources and Raughton take nothing by virtue of that cause of action.  We also reverse the $1,600,000 disgorgement award against Stephens & Myers, LLP.  We affirm those portions of the trial court's judgment against Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; and Chester Carroll in favor of Hunt Resources and Raughton that pertain to the attorney–client relationship and to conspiracy, including the joint-and-several actual damage awards and the exemplary damage awards.  We also affirm the trial court's judgment insofar as it held that Raughton could not recover individually for injuries suffered by Arapaho Energy, LLC.

We remand this cause to the trial court for proceedings consistent with the opinion issued by this court.  The costs incurred by reason of this appeal are taxed one-third against Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; and Chester Carroll; one-third against Three Finger Black Shale Partnership; Trek Resources, Inc.; and Tiburon Land & Cattle, L.P.; and one-third against Richard Raughton and L.W. Hunt Resources, LLC.